IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01007-MSK-CBS

JEFFREY P. LYGA,
TIFFANY S. LYGA,
ROBERT L. BAKER, and
STACY A. BAKER,

        Plaintiffs,

v.

GO TOYOTA SCION ARAPAHOE,
GO NISSAN ARAPAHOE,
GO HYUNDAI MAZDA 104th, and
GO FORD WEST,

        Defendants.

## ORDER DENYING MOTION TO STAY

THIS MATTER comes before the Court on the Plaintiffs' Unopposed Motion to Stay Proceedings Pending Determination of Federal Jurisdiction **(#19)**. They ask the Court to stay all proceedings until after the Court rules upon the Plaintiffs' Motion to Remand. No good cause having been shown,

**IT IS ORDERED** that the Plaintiffs' Unopposed Motion to Stay Proceedings Pending Determination of Federal Jurisdiction **(#19)** is **DENIED**.

Dated this 7th day of June, 2007

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge