IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01007-MSK-CBS

JEFFREY P. LYGA,
TIFFANY S. LYGA,
ROBERT L. BAKER, and
STACY A. BAKER,

        Plaintiffs,

v.

GO TOYOTA SCION ARAPAHOE,
GO NISSAN ARAPAHOE,
GO HYUNDAI MAZDA 104th, and
GO FORD WEST,

        Defendants.

## ORDER

THIS MATTER comes before the Court *sua sponte* upon advisement from the Clerk of Court that two of the Plaintiffs' counsel, Brian W. Warwick and Janet R. Varnell, are not admitted to practice before this Court.

**IT IS THEREFORE ORDERED** that on or before **July 6, 2007**, such counsel shall become admitted to practice before this Court and file a document in this case certifying such admission, failing which they will be removed as counsel of record in this case.

Dated this 7th day of June, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge