IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01007-MSK-CBS

JEFFREY P. LYGA,
TIFFANY S. LYGA,
ROBERT L. BAKER, and
STACY A. BAKER,

        Plaintiffs,

v.

GO TOYOTA SCION ARAPAHOE,
GO NISSAN ARAPAHOE,
GO HYUNDAI MAZDA 104th, and
GO FORD WEST,

        Defendants.

_____

### ORDER DISMISSING CLAIMS OF JEFFREY AND TIFFANY LYGA
_____

THIS MATTER is before the Court on Plaintiffs Jeffrey and Tiffany Lyga's Unopposed Motion to Voluntarily Withdraw **(#23).** Having reviewed the motion, the Court

**ORDERS** that all claims asserted by Plaintiffs Jeffrey and Tiffany Lyga against the defendants are dismissed, without prejudice. On all future pleadings, the caption shall name the plaintiffs as Robert L. Baker and Stacy A. Baker, only.

Dated this 12th day of June, 2007

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge