IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01007-MSK-CBS

ROBERT L. BAKER, and
STACY A. BAKER,

      Plaintiffs,

v.

GO TOYOTA SCION ARAPAHOE,
GO NISSAN ARAPAHOE,
GO HYUNDAI MAZDA 104th and
GO FORD WEST,

      Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Amend Complaint (*doc. no. 37*) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiffs' First Amended Complaint (*doc no. 37-2*) and Exhibit A (*doc. no. 37-3*) both tendered to the court on July 9, 2007.

**DATED:**    July 10, 2007