**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-01007-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  October 17, 2007** | **Courtroom Deputy:** Ben Van Dyke |
| ROBERT L. BAKER *et al.,* | Brian W. Warwick, via telephone |
| **Plaintiffs,** | |
| v. | |
| GO TOYOTA SCION ARAPAHOE, *et al.,* | Michael J. Dommermuth, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:     1:30 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Defendants' Motion for Sanctions for Plaintiff Stacy A. Baker's Failure to Appear at Deposition [filed October 10, 2007; doc. 54] is denied for the reasons stated on the record.  The deposition of Stacy A. Baker shall take place on or before October 24, 2007.

HEARING CONCLUDED.

**Court in Recess:     1:48 p.m.**
Total In-Court Time:     00:18